UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAUL MALDONADO | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| BANKERS STANDARD INSURANCE | * | MAGISTRATE |
| COMPANY and BRADLEY THORNTON  * | * | |
| | * | |

*********************************************

## NOTICE OF REMOVAL

Defendants, Bankers Standard Insurance Company and Bradley Thornton ("Defendants"), file this Notice of Removal to remove this action to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1441, *et. seq.*, from the Civil District Court for the Parish of Orleans in the State of Louisiana on the following grounds:

1.

Bankers Standard Insurance Company and Bradley Thornton are the only Defendants in the proceeding entitled, "*Paul Maldonado versus Bankers Standard Insurance Company and Bradley Thornton*" bearing suit number 15-7663, in the Civil District Court for the Parish of Orleans, State of Louisiana, Division "J-5," and appear herein solely for the purposes of filing this Notice of Removal. Defendants file this Notice to effect removal of this action to the United States District Court for the Eastern District of Louisiana in accordance with 28 U.S.C. §1441.

**I.     PLEADINGS AND SERVICE OF PROCESS**

2.

On August 10, 2015, Plaintiff Paul Maldonado ("Plaintiff") instituted this proceeding by filing a Petition for Damages in the Civil District Court for the Parish of Orleans. *See* "Exhibit A".

3.

As required by 28 U.S.C. §1446(a), all pleadings filed in the record of the state court proceeding are attached hereto as "Exhibit A."

4.

The state court and all appropriate parties have been notified of this removal pursuant to 28 U.S.C. §1446(d).  *See* "Exhibit B" – Notice of Removal to State Court; "Exhibit C" – Proof of Service; "Exhibit D" – Removal Statement.

5.

This Court is proper for removal because the Eastern District of Louisiana encompasses Orleans Parish, the parish where the above captioned civil action is currently pending. *See* 28 U.S.C. §1441(a).

6.

Defendants reserve the right to amend or supplement this Notice of Removal and to file post-removal affidavits and exhibits, if necessary.

7.

Defendants first received notice that the amount sought as damages by Plaintiff in this lawsuit exceeds $75,000, exclusive of interests and costs, when Plaintiff indicated as such in his responses to Defendants' First Set of Interrogatories and Requests for Production of Documents, submitted on November 10, 2015.  *See* "Exhibit E" – Plaintiff's Discovery Responses.  This removal is filed within thirty days after that receipt and is, therefore, timely in accordance with, and pursuant to the time delays set forth in 28 U.S.C. § 1446(b).

## II.     DIVERSITY JURISDICTION UNDER 28 U.S.C. §1332(a)

8.

This action is removable based on diversity jurisdiction under 28 U.S.C. §1332(a) and 1441. According to 28 U.S.C. §1332(a), this Honorable Court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different States."

### A.     COMPLETE DIVERSITY

9.

According to Plaintiff's Petition for Damages, Plaintiff is of the full age of majority and is domiciled in the Parish of Jefferson, State of Louisiana. *See* "Exhibit A" – Plaintiff's Petition for Damages at ¶ I.

10.

Bankers Standard Insurance Company is a foreign insurance company incorporated under the laws of Pennsylvania with its principal place of business in Pennsylvania.

11.

Bradley Thornton is a person of the full age of majority and domiciled in the State of Pennsylvania. Plaintiff's Petition for Damages incorrectly alleges that Bradley Thornton was domiciled in the State of Louisiana at the time of the subject incident. *See* "Exhibit A" – Plaintiff's Petition for Damages ¶ B. However, both at the time of the subject accident and at the time the instant lawsuit was filed, Bradley Thornton was temporarily residing in New Orleans, Louisiana to attend college at Tulane University while maintaining domicile in Pennsylvania. *See* "Exhibit F" – Affidavit of Bradley Thornton. At all pertinent times hereto, Bradley Thornton paid out-of-state tuition at Tulane University based on his Pennsylvania citizenship.

3

*Id.* At all pertinent times hereto, Bradley Thornton possessed a driver's license issued by the State of Pennsylvania. *Id.*

12.

Since Plaintiff is domiciled in Louisiana and both Defendants are domiciled in Pennsylvania, there exists complete diversity.

### B.      AMOUNT IN CONTROVERSY

13.

Plaintiff seeks recovery for damages arising from a car accident which occurred on or about March 20, 2105. *See* "Exhibit A" – Plaintiff's Petition for Damages ¶ 4.

14.

Courts have held the jurisdictional amount is usually found satisfied unless the Court, "from the face of the complaint can conclude to a legal certainty that the plaintiff is not entitled to recover the threshold amount." *Corrada Betances v. Sea Land Service, Inc.*, 248 F.3d 40, 45 (1st Cir. 2001).

15.

In his Petition for Damages, Plaintiff does not allege whether his claim exceeds or is less than the requisite amount required for diversity jurisdiction under 28 U.S.C. §1332(a). *See* "Exhibit A" – Plaintiff's Petition for Damages.

16.

Defendants received notice that the amount sought as damages by Plaintiff in this lawsuit exceeds $75,000, exclusive of interests and costs, when Plaintiff indicated as such in his response to Defendants' First Set of Interrogatories and Requests for Production of Documents, submitted on November 10, 2015. *See* "Exhibit E" – Plaintiff's Discovery Responses, at

Interrogatory No. 22. Specifically, Defendants' Interrogatory No. 22 and Plaintiff's response thereto were as follows:

**INTERROGATORY NO. 22:**

In accordance with Louisiana Code of Civil Procedure art. 893, please specify whether the amount sought as damages in this lawsuit exceeds $75,000.00, exclusive of interests and costs.

**ANSWER TO INTERROGATORY NO. 22:**

Yes.

Further, Plaintiff refused to stipulate that his alleged damages would not exceed $75,000. *See* "Exhibit E" – Plaintiff's Discovery Responses, at Request for Production of Documents No. 25.

17.

While Defendants do not admit any element of damages, they have met the burden of showing by a preponderance of the evidence the amount in controversy is expected to exceed $75,000, exclusive of interests and costs.

### III.  PLEADINGS AND PROCESS

18.

A copy of all pleadings in the record of this matter have been attached hereto. *See* "Exhibit A".

19.

Plaintiff has been given written notice of Removal as required by 28 U.S.C. §1446(D). *See* "Exhibit B" – Notice of Removal to State Court; "Exhibit C" – Proof of Service

## IV. REMOVAL WITHOUT WAIVER OF EXCEPTIONS, DEFENSES OR OBJECTIONS

20.

This action is being removed without any waiver of any exception, defense or objection, state or federal, including but not limited to prematurity and vagueness, and lack of amicable demand.

**WHEREFORE**, Defendants, Bankers Standard Insurance Company and Bradley Thornton, pray this Notice of Removal be accepted as good and sufficient, the aforesaid proceedings be removed from State Court to this Honorable Court for trial and determination as provided by law, and this Honorable Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings from the Civil District Court, Parish of Orleans, State of Louisiana thereupon proceeding with this civil action as if it had originally been commenced in this Court.

Respectfully submitted:

**/s/ Joseph B. Landry, Jr.**
Robert E. Kerrigan, Jr. (#7350)
Joseph B. Landry, Jr. (#35200)
DEUTSCH KERRIGAN, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
Facsimile: (504) 566-4029
***Attorneys for Bankers Standard Insurance Company and Bradley Thornton***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of December, 2015, served a copy of the foregoing Notice of Removal on counsel for all parties to this proceeding by facsimile, e-mail, or by mailing the same by United States mail properly addressed, and first class postage prepaid.

**/s/ Joseph B. Landry, Jr.**
JOSEPH B. LANDRY, JR.