FILED

2015 AUG 10 P 4 4·

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 2015-7663

PAUL MALDONADO

**VERSUS**

BANKERS STANDARD INSURANCE COMPANY and BRADLEY THORNTON

**SECTION 5**

FILED: _____

_____
CLERK

**PETITION FOR DAMAGES**

I.

The petition of PAUL MALDONADO, a person of the full age of majority and a domiciliary of the Parish of Jefferson, State of Louisiana, at the time of the accident, with respect, represents:

A.

The first named defendant is Bankers Standard Insurance Company, who, upon information and belief, is a foreign insurance company, licensed to do and doing business in this Parish and State, and who, upon information and belief, at all times mentioned herein, had in full force and effect a policy of liability insurance covering BRADLEY THORNTON and the vehicle driven by him (Toyota Camry) for all claims asserted herein. The contents of said insurance policy are presently unknown to petitioner and best known to defendants and are plead herein as if copied *in extenso*.

B.

The second named defendant is BRADLEY THORNTON, a person of the full age of majority and domiciled in the State of Louisiana at the time of this incident, who was the operator of a Toyota Camry automobile involved in the incident made the basis of this lawsuit.

C.

All of the aforementioned defendants are jointly, severally and *in solido* liable unto Petitioner PAUL MALDONADO for the damages complained of herein under Louisiana Civil Code Article 2315 and Louisiana Law for the following reasons, to-wit:

VERIFIED
8-11-15

II.

On or about March 20, 2015, Petitioner PAUL MALDONADO was driving his vehicle (Chevrolet Malibu) carefully and prudently and was stopped at a red light at the intersection of Claiborne and Napoleon, when suddenly, unexpectedly and without warning he was rear-ended by the vehicle operated by Bradley Thornton, and insured by Bankers Standard Insurance Company, which collision caused petition serious bodily injury.

III.

At the time of the collision made the basis of this lawsuit, BANKERS STANDARD INSURANCE COMPANY, provided automobile liability insurance coverage to Brad Thornton and the vehicle he was driving. This insurer is being sued under the Louisiana Direct Action Statute.

IV.

The aforementioned collision caused serious bodily injury to PAUL MALDONADO, including, but not limited to back, neck and other injuries and pain and damages to be shown at the time of trial, including any conditions later shown on medical reports or discovered by his doctors.

V.

Defendant, BRADLEY THORNTON, is liable for his own negligence under Article 2315 of the Louisiana Civil Code, (imputed to employer and/or agents if any and insurer) which negligence includes, but is not limited to, the following:

    A.    Failure to keep a proper lookout;

    B.    Failure to maintain control of the vehicle;

    C.    Failure to stop in traffic when he should have;

    D.    Failure to see what should have been seen;

    E.    Being inattentive while operating a motor vehicle;

    F.    Failure to brake in time before rear-ending petitioner's automobile;

    G.    Impacting the vehicle occupied by petitioner;

    H.    Driving into plaintiff and the vehicle he occupied and/or was near when it was not safe to do so;

 I. Traveling in an excessive rate of speed for existing traveling conditions;

 J. Any and all other acts of negligence and/or legal fault that are discovered and shown at the trial of this matter, including violations of City Ordinances and State Statutes.

VI.

Petitioner, PAUL MALDONADO, is entitled to compensation in an amount sufficient to reasonably compensate him for the following general and specific damages, which include, but are not limited to, the following:

 A. Past, present and future physical pain, suffering and loss of function;

 B. Past, present and future mental pain, anguish and suffering;

 C. Past, present and future medical expenses which include, but are not limited to, rehabilitation costs, doctor bills, hospital bills, medical tests, pharmaceutical bills, laboratory examinations, physical examination costs, diagnostic studies, and prosthesis;

 D. Past, present and future loss of wages, including, but not limited to, loss of salary, fringe benefits, vacation, sick leave, overtime, parking, health and hospitalization insurance and disability coverage;

 E. Permanent disability to the musculature, ligaments and bones of the body and permanent scarring and disfigurement;

 F. General damages cognizable by the laws of Louisiana and its Constitution, as to all parties.

 H. Any and all other damages to be shown at the trial of this matter, including property damages if not paid to date.

VII.

Petitioner avers amicable demand to no avail.

**WHEREFORE**, Petitioner, PAUL MALDONADO, prays that defendants, BANKERS STANDARD INSURANCE COMPANY and BRADLEY THORNTON, be duly cited and served with a copy of this petition to appear and answer same, and, after all legal delays and due proceedings are had, that there be judgment herein in favor of petitioner, PAUL MALDONADO,

3

and against defendants, BANKERS STANDARD INSURANCE COMPANY and BRADLEY THORNTON, jointly, severally and *in solido*, in an amount reasonably calculated to compensate him for the damages complained of herein, together with legal interest thereon from the date of judicial demand.

Respectfully submitted:

_____
R. BRENT CUERIA (La Bar #18176)
Cueria Law Firm, L.L.C.
700 Camp Street, Suite 316
New Orleans, LA 70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011
Email: rbcueria@aol.com

GEORGE W. BYRNE, JR. (#3744)
Of Counsel
Cueria Law Firm, LLC
700 Camp Street, Suite 316
New Orleans, LA 70130
Telephone: (504) 525-5211

ALLISON B. SCULLY (#34976)
ATTORNEY AT LAW
12 Alden Lane
Mountain Brook, AL 3521
Telephone: (205) 790-1658
Email: ascuerialaw@gmail.com
**Attorneys for Plaintiff PAUL MALDONADO**

**PLEASE SERVE PETITION ON:**

BANKERS STANDARD INSURANCE COMPANY
Through the Louisiana Secretary of State

BRADLEY THORNTON
2127 Broadway St.
New Orleans, La. 70118

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

4

**ATTORNEY'S NAME:** Cueria, R 18176
**AND ADDRESS:** 700 Camp Street, Suite 316
New Orleans LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2015 -- 07663  1  DIVISION: J  SECTION: 5

MALDONADO, PAUL VERSUS BANKERS STANDARD INSURANCE COMPANY ET AL

## CITATION

**TO:** BANKERS STANDARD INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA  August 11, 2015

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

I made service on the named party through
Office of the Secretary of State on
SEP 03 2015
by tendering a copy of this document to
_MOORE_
by JEVRNE CUMMINS #1155
DY. E. CUMMINS
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans,
State of LA
by _____ Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**  |  **DOMICILIARY SERVICE**

On this _____ day of _____
_____ served a copy of the w/i petition
FOR DAMAGES

On
BANKERS STANDARD INSURANCE COMPANY

THROUGH: THE LOUISIANA SECRETARY OF STATE

_____
Returned same day
No. _____
Deputy Sheriff of _____
Mileage: $_____

____/ ENTERED /_____
PAPER         RETURN
___/_____/_01_
SERIAL NO.  DEPUTY  PARISH

On this _____ day of _____
_____ served a copy of the w/i petition
FOR DAMAGES

On
BANKERS STANDARD INSURANCE COMPANY

THROUGH: THE LOUISIANA SECRETARY OF STATE

by leaving same at the dwelling house, or usual place of abode, in the hands of _____
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____
BANKERS STANDARD INSURANCE COMPANY

being absent from the domicile at time of said service.
Returned same day
No. _____
Deputy Sheriff of _____

VERIFIED
9-17-15

OCT - 7 2015

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 15-7663                           DIVISION: J-5

PAUL MALDONADO

-VERSUS-

BANKERS STANDARD INSURANCE COMPANY and BRADLEY THORNTON

DATE FILED: _____       _____

DEPUTY CLERK

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
## TO PLAINTIFF'S PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Defendants, Bankers Standard Insurance Company and Bradley Thornton (collectively referred to as "Defendants") who submit the following answer and defenses to the Petition for Damages ("Petition") filed by Plaintiff Paul Maldonado ("Plaintiff") as follows:

### ANSWER

1.

Defendants deny the allegations contained in Paragraph I of the Petition for lack of knowledge or information sufficient to form a belief as to the truth of those allegations.

2.

Defendants deny the allegations contained in Paragraph A of the Petition for lack of knowledge or information sufficient to form a belief as to the truth of those allegations, except to admit that Bankers Standard Insurance Company is a foreign insurer and that Bankers Standard Insurance Company issued an auto policy, identified as policy No. 268-04-95-05A to April Lamon, which had a policy period from September 1, 2014 to September 1, 2015. That policy is the best evidence of its own terms, conditions, limitations, coverage, exclusions, and provisions, and Defendants hereby plead the entire policy as if copied herein *in extenso*.

3.

Defendants admit the allegations contained in Paragraph B of the Petition, except to specifically deny that Bradley Thornton is domiciled in the State of Louisiana.

VERIFIED
10-13-15

4.

Defendants deny the allegations contained in Paragraph C of the Petition.

5.

Defendants deny the allegations contained in Paragraph II of the Petition for lack of knowledge or information sufficient to form a belief as to the truth of those allegations.

6.

Defendants deny the allegations contained in Paragraph III of the Petition for lack of knowledge or information sufficient to form a belief as to the truth of those allegations, except to admit that Bankers Standard Insurance Company issued an auto policy, identified as policy No. 268-04-95-05A to April Lamon, which had a policy period from September 1, 2014 to September 1, 2015. That policy is the best evidence of its own terms, conditions, limitations, coverage, exclusions, and provisions, and Defendants hereby plead the entire policy as if copied herein *in extenso*.

7.

Defendants deny the allegations contained in Paragraph IV of the Petition for lack of knowledge or information sufficient to form a belief as to the truth of those allegations.

8.

Defendants deny the allegations contained in Paragraph V of the Petition, including all subparts.

9.

Defendants deny the allegations contained in Paragraph VI of the Petition, including all subparts.

10.

Defendants deny the allegations contained in Paragraph VII of the Petition.

11.

Out of an abundance of caution, Defendants deny any and all allegations contained in Plaintiff's prayer, as well as any and all misnumbered and/or non-numbered paragraphs contained in the Petition.

**AND NOW FURTHER ANSWERING**, Defendants aver as follows:

## FIRST DEFENSE

Plaintiff did not take all precautions to avoid bodily injury and property damage.

## SECOND DEFENSE

Plaintiff had the last opportunity to avoid bodily injury to his person but failed to do so.

## THIRD DEFENSE

Plaintiff has recovered from any and all damages allegedly sustained, if any, which are denied. Additionally, any injuries alleged by Plaintiff pre-existed the accident and/or were caused by an anatomical condition within the Plaintiff's body.

## FOURTH DEFENSE

The alleged damages and/or injuries made the subject of this litigation were not caused by any fault, negligence or liability attributable to Defendants, but instead were caused by the fault and negligence of the Plaintiff.

## FIFTH DEFENSE

Defendants are entitled to a credit for any payments, which may have been made or may be made in the future by it, any other insurance company, entity or carrier whatsoever. Additionally, Plaintiff has no cause or right of action for any amounts which have been received or will be received in the future from any other insurance carrier, company or entity.

## SIXTH DEFENSE

In the alternative, Defendants aver that the alleged damages suffered by Plaintiff, if any, were caused solely and entirely by the negligence, fault or actions of persons, entities or corporations for whom Defendants neither have nor had any responsibility and cannot be held legally liable for.

## SEVENTH DEFENSE

Defendants specifically aver that Plaintiff failed to mitigate any and all alleged damages which he may have sustained as a result of the accident made the basis of this litigation, which are denied.

## EIGHTH DEFENSE

Defendants deny the allegation that a Bankers Standard Insurance Company insured caused or contributed to the accident alleged in the Petition for Damages.

## NINTH DEFENSE

Defendants specifically plead that if Plaintiff did not possess the requisite liability insurance, Plaintiff has no right of action and no cause of action concerning the first $15,000 of bodily injury or property damage in accordance with Louisiana Revised Statute §32:688.

## TENTH DEFENSE

Defendants reserve the right to supplement or amend their Answer and Affirmative Defenses as more information is discovered concerning the accident alleged the Petition for Damages.

## JURY DEMAND

Defendants hereby request a trial by jury, to the extent allowed by law.

**WHEREFORE**, Defendants pray that this Answer and Request for a Jury Trial be deemed good and sufficient, and that, after due proceedings are had, there be judgment herein in favor of Defendants, and against Plaintiff, dismissing Plaintiff's Petition for Damages with prejudice and at Plaintiff's cost, and for all general and equitable relief to which Defendants are entitled.

Respectfully submitted,

_____
Robert E. Kerrigan, Jr. (#7350)
Joseph B. Landry, Jr. (#35200)
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-4029
*Attorneys Defendants, Bankers Standard Insurance Company and Bradley Thornton*

## CERTIFICATE OF SERVICE

I certify this pleading has been served on counsel of record by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 7th day of October, 2015.

_____
JOSEPH B. LANDRY, JR.

A TRUE COPY

_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED OCT -7 2015 CLERK'S OFFICE CIVIL DISTRICT COURT

NO. 15-7663          DIVISION: J-5

PAUL MALDONADO

-VERSUS-

BANKERS STANDARD INSURANCE COMPANY and BRADLEY THORNTON

DATE FILED: _____      _____
                                                                DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, come Defendants, Bankers Standard Insurance Company and Bradley Thornton, who, in accordance with the provisions of Article 1571 and 1572 of the Louisiana Code of Civil Procedure, hereby request written notice by mail of the date and time fixed for any trial or hearing related to the above numbered and captioned matter, whether for exceptions, rules, trial on the merits, or any other proceeding.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, written notice is also requested of the signing of any order or judgment relating to any matter, interlocutory or final, in the above numbered and captioned matter.

Respectfully submitted,

_____
Robert E. Kerrigan, Jr. (#7350)
Joseph B. Landry, Jr. (#35200)
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-4029
*Attorneys Defendants, Bankers Standard Insurance Company and Bradley Thornton*

## CERTIFICATE OF SERVICE

I certify this pleading has been served on counsel of record by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 7th day of October, 2015.

_____
JOSEPH B. LANDRY, JR.

VERIFIED

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA